IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:11-CV-249-RJC-DCK

| | |
|---|---|
| MELISSA COLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning James T. Hedgepath, filed June 13, 2011. Mr. Hedgepath seeks to appear as counsel *pro hac vice* for Defendant Standard Life Insurance Company Of New York.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Hedgepath is admitted to appear before this court *pro hac vice* on behalf of Defendant Standard Life Insurance Company Of New York.

Signed: June 13, 2011

David C. Keesler
United States Magistrate Judge