IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:11-CV-249-DCK

| | |
|---|---|
| MELISSA COLLEY,<br><br>      Plaintiff,<br><br>v.<br><br>STANDARD LIFE INSURANCE<br>COMPANY OF NEW YORK,<br><br>      Defendants. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 12) notifying the Court that the parties reached a settlement on November 17, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 19, 2011**.

Signed: November 22, 2011

_____
David C. Keesler
United States Magistrate Judge